**No. 56089.**—Spatola Wines, Inc. *v.* United States, protest 169698–K (Philadelphia).

Opinion by EKWALL, J. · On the record presented the protest was dismissed.